UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KENNETH BOATMAN, )
 )
    *Plaintiff*, )
 ) Case No. 3:17-cv-536
v. )
 ) District Judge Atchley
 )
COMCAST OF THE SOUTH, L.P, ) Magistrate Judge Guyton
COMCAST OF THE SOUTH, )
 )
    *Defendants*. )

## VERDICT FORM

We the jury, unanimously answer the questions submitted by the Court as follows:

### Negligence

1. Has Plaintiff shown by a preponderance of the evidence that the Defendants were negligent?

    Yes __X__      No _____

*If Yes, continue to Question 2. If No, please have your foreperson sign and date the verdict form, and tell Ms. Laster that you have reached a verdict.*

2. Has Plaintiff shown by a preponderance of the evidence that Defendants' negligence was the cause in fact and legal cause of injury to Plaintiff?

    Yes _____      No __X__

*If Yes, continue to Question 3. If No, please have your foreperson sign and date the verdict form, and tell Ms. Laster that you have reached a verdict.*

1

3. What amount of damages, if any, do you find were sustained by Plaintiff?

    _____

*Please sign and date the Verdict Form and notify Ms. Laster that you have reached a verdict.*

██████████████████<br>
Jury Foreperson

1 July 2021<br>
Date