UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| KENNETH BOATMAN d/b/a BOATMAN AUTOMOTIVE | ) ) ) |
|     Plaintiff, | ) ) |
| v. | ) ) Case No.: 3:17-cv-00536 |
| COMCAST OF THE SOUTH, L.P. and COMCAST OF THE SOUTH | ) ) ) ) |
|     Defendants. | ) |

## SATISFACTION OF BILL OF COSTS

COMES NOW, Plaintiff, Kenneth Boatman d/b/a Boatman Automotive, by and through counsel, and announces that the Bill of Costs assessed pursuant to Federal Rule Civil Procedure 54(d) by the Chief Deputy Clerk [Doc. 255] has been satisfied in full.

Respectfully submitted, this 18th day of July, 2022.

                                            WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC

                                            /s/ *C. Gavin Shepherd*
                                            Luis C. Bustamante, Esq., BPR 015328
                                            C. Gavin Shepherd, Esq., BPR 033066

                                            900 S. Gay Street, Suite 900
                                            Post Office Box 900
                                            Knoxville, Tennessee 37901-0900
                                            (865) 215-1000
                                            gshepherd@wmbac.com

                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2022, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                        /s/ *C. Gavin Shepherd*
                                        Gavin Shepherd, Esq., BPR 033066